No. 00–10162.  MAYS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 00–10168.  ZANUDO-AMADO *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–10183.  POWERS *v.* WINGARD, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 00–10188.  BLACK *v.* BRIGANO, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 00–1438.  REYNOLDS ET AL. *v.* ROBERTS, DIRECTOR, ALABAMA DEPARTMENT OF TRANSPORTATION, ET AL.  C. A. 11th Cir.  Motion of National Bar Association for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 00–1464.  PHELPS DODGE CORP. ET AL. *v.* UNITED STATES ET AL.  Sup. Ct. Ariz.  Motion of Pacific Legal Foundation for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 00–1509.  CAMBRA, WARDEN *v.* ANTHONY.  C. A. 9th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 00–1607.  PARKER, WARDEN *v.* GALL.  C. A. 6th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 00–1636.  TEN EYCK ET AL. *v.* LEATHER.  C. A. 2d Cir.  Motion of New York State Sheriffs' Association Institute, Inc., et al., for leave to file a brief as *amici curiae* granted.  Certiorari denied.

No. 00–1663.  PENK *v.* CLINTON, FORMER PRESIDENT OF THE UNITED STATES.  C. A. 10th Cir.  Certiorari before judgment denied.

No. 00–1555.  IN RE RETTIG, 532 U. S. 1037;
No. 00–5522.  WHITE *v.* UNITED STATES, 532 U. S. 1009;
No. 00–8585.  SIMPKINS *v.* FANNIE MAE ET AL., 532 U. S. 996;

No. 00–8625. BROOKS-BEY *v.* KUPEC, WARDEN, ET AL., 532 U. S. 952;

No. 00–8741. SKOLNICK ET AL. *v.* ILLINOIS ET AL., 532 U. S. 1011;

No. 00–8794. PITTS *v.* GEORGIA, 532 U. S. 1024;

No. 00–8797. MULDROW *v.* LAKE CITY POLICE DEPARTMENT ET AL., 532 U. S. 982;

No. 00–8812. IN RE WHITE, 532 U. S. 970;

No. 00–8980. DAVIS *v.* MOORE, SECRETARY, FLORIDA DEPART-MENT OF CORRECTIONS, ET AL., 532 U. S. 999;

No. 00–8988. SECOR *v.* INDIANA DEPARTMENT OF REVENUE, 532 U. S. 999;

No. 00–9188. LEVINE *v.* UNITED STATES, 532 U. S. 1013; and

No. 00–9315. SINDRAM *v.* UNITED STATES, 532 U. S. 1031. Petitions for rehearing denied.

## JUNE 26, 2001

No. 00–10811 (00A1132). IN RE LOWERY. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 00–1911 (00A1117). RICHARDSON *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

No. 00–1917 (00A1131). RICHARDSON *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DI-VISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. Reported below: 256 F. 3d 257.

No. 00–10796 (00A1120). LOWERY *v.* INDIANA. Sup. Ct. Ind. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Certiorari denied.